■ In the Matter of ALFRED J. BENTLEY, Appellant, against ANTHONY A. HENNINGER, as Mayor, Respondent.— Motion granted to appeal as a poor person, J. Richard Sardino, Esq. assigned as attorney to conduct appeal; appeal dismissed unless typewritten records and briefs are filed and served on or before May 20, 1959.

■ LILLIAN C. BERNARD, as Administratrix, Respondent, v. VILLAGE OF ANDOVER, Appellant.— Motion by Police Conference of the State of New York to file amicus curiæ granted.

■ In the Matter of the Probate of the Will of JAMES L. BRATIS, Deceased.— Motion granted and appeal dismissed, with $10 motion costs.

■ ROCCO COLANGELO et al., Appellants, v. ROSE ZIOLKOWSKA et al., Respondents.— Motion granted and appeal dismissed, with $10 motion costs.

■ In the Matter of DANIEL F. DRISCOLL et al., Appellants, against JAMES H. CULBERTSON et al., Respondents.— Proceeding dismissed unless printed records and briefs are filed and served on or before May 9, 1959.

■ ERIE COUNTY BOARD OF SOCIAL WELFARE, Respondent, v. CHARLES PETRUS, Appellant.— Motion granted and appeal dismissed, without costs.

■ ERIE COUNTY BOARD OF SOCIAL WELFARE, Respondent, v. WALTER WRIGHT, Appellant.— Motion granted and appeal dismissed, without costs.

■ ERIE COUNTY BOARD OF SOCIAL WELFARE, Respondent, v. FRED CATUZZA, Appellant.— Motion granted and appeal dismissed, without costs.

■ ERIE COUNTY BOARD OF SOCIAL WELFARE, Respondent, v. HERBERT ROBINSON, Appellant.— Motion granted and appeal dismissed, without costs.

■ In the Matter of ROBERT E. FISCHER, as Special Assistant Attorney-General of the State of New York.— Motion granted to permit Commissioner of Jurors of the County of Oneida to disclose to the Special Assistant Attorney-General and/or member of his staff, information obtained by said Commissioner and now in his possession concerning and relating to the date of birth of each prospective trial juror of the panel of 150 trial jurors drawn on April 15, 1959 and any additional trial jurors that may be required by the court for the Trial Term at the Extraordinary Special and Trial Term of the Supreme Court to be held at the county courthouse in the City of Rome, County of Oneida, State of New York on May 4, 1959, and otherwise motion denied.

■ MARINE TRUST COMPANY OF WESTERN NEW YORK, Respondent, v. ROBERT SUGARMAN et al., Appellants.— Motion granted and appeal dismissed, without costs.

■ DOMENTS PALUMBO et al., Doing Business as LAKE DRIVE INN STABLES, Appellants, v. BUFFALO TROTTING ASSOC., INC., Respondent.— Motion granted and appeal dismissed, without costs.

■ JAMES H. RYAN, Appellant, v. JOHN P. GILMORE et al., Respondents.— Appeal dismissed for failure to comply with previous order, without costs.

■ SEUBGOUR & BACON CONST. CO., Respondent, v. EMPIRE DEVELOPMENT CORP. et al., Appellants.— Appeal dismissed unless printed briefs are filed and served on or before May 5, 1959.

■ In the Matter of CARL R. WESSELDINE, Petitioner, against JOSEPH P. KELLY, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Motion granted and proceeding dismissed, without costs.

■ MARINETTE T. HERING, Appellant, v. ARELYN C. THURSTON, Respondent.— Motion granted and time for filing and serving printed records and briefs on appeal extended to May 12, 1959.

■ JOSEPH CALIGUIRE, Respondent, v. SCHECK'S IRON & METAL CORP., Appellant.— Appeal dismissed unless printed briefs are filed and served on or before May 7, 1959 and the case is argued during the week of May 11, 1959.